AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARIE CODY,

    Plaintiff,

                      JUDGMENT IN A CIVIL CASE

        V.                CASE NUMBER: CV614-087

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the order of this Court entered on September 2, 2015, the civil action is

DISMISSED with prejudice and stands CLOSED.

September 2, 2015　　　　　　　　　　　　Scott L. Poff
Date　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　_C. Adams_
　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

GAS Rev 10/1/03